United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-02487-GER |
| Red Lobster Restaurants LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2024 | Form ID: pdfdoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Red Lobster Restaurants LLC, 450 S. Orange Avenue, Suite 800, Orlando, FL 32801-3344 |
| cr | + | Ipsos-Insight, LLC, c/o Rottenberg Lipman Rich, P.C., 230 Park Avenue, 18th Floor, New York, NY 10169-0005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 01, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer Kreder | |
| | on behalf of Creditor Ipsos-Insight  LLC jkreder@rlrpclaw.com |
| Manatee County Tax Collector (ML) | |
| | legal@taxcollector.com |
| Michael A Paasch | |
| | on behalf of Creditor SWR-LV  LLC michael.paasch@dinsmore.com, NDarville@MateerHarbert.com |
| Paul Steven Singerman | |
| | on behalf of Debtor Red Lobster Restaurants LLC singerman@bergersingerman.com efile@bergersingerman.com;asanchez@bergersingerman.com;efile@ecf.inforuptcy.com |
| Scott Andron | |
| | on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org |
| United States Trustee - ORL | |

District/off: 113A-6                          User: admin                              Page 2 of 2
Date Rcvd: Jul 30, 2024                       Form ID: pdfdoc                          Total Noticed: 2

USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 6

**ORDERED.**

Dated: July 29, 2024

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| | Lead Case |
| | |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| Debtors. | |
| _____/ | |
| | |
| In re | Chapter 11 Case |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| Applicable Debtor. | |
| _____/ | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

## ORDER STRIKING NOTICE OF APPEARANCE

THIS MATTER comes before the Court upon the *Notice of Appearance* (the "Paper") (Doc. No. 16). This case is being jointly administered, and the case of *In re Red Lobster Management LLC*, Case No. 6:24-bk-02486-GER, is designated as the "Lead Case."[2] Pursuant to the Joint Administration Order, the Paper should only be filed in the Lead Case.[3] Accordingly, it is

**ORDERED**:

1. The Paper (Doc. No. 16) is **STRICKEN**.

### # # #

The Clerk's Office is directed to serve a copy of this Order on interested parties.

---

[2] *See* Order Granting Debtors' Ex Parte Motion for Joint Administration, *In re Red Lobster Mgmt. LLC*, No. 6:24-bk-02486-GER (Bankr. M.D. Fla. May 20, 2024), Doc. No. 62 (the "Joint Administration Order").

[3] The Paper was filed in the Lead Case at Doc. No. 690.